**Order filed, November 6, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00905-CV
_____

**STEVEN LEVY, Appellant**

**V.**

**CACH, LLC, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 1**
**Harris County, Texas**
**Trial Court Cause No. 1003903**

---

## ORDER

The reporter's record in this case was due October 30, 2012. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the official court reporter of the County Civil Court at Law Number One to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM